
RECEIVED
JAN 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| BRENDA FAYE MELANCON o/b/o BOBBIE J. MELANCON, JR. | CIVIL ACTION NO. 04-1758 |
| VS. | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. This Court has conducted an independent review of the record, the applicable jurisprudence, and the reply brief filed by plaintiff after the issuance of the Report and Recommendation which will, therefore, be considered as an objection to the Report and Recommendation. This Court concludes that the Report and Recommendation of the magistrate judge is correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is AFFIRMED and the case is DISMISSED.

Lafayette, Louisiana, this 26 day of January, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE